IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT F. DELYON,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-C-291-C

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendant Wal-Mart Stores, Inc. against Plaintiff Robert F. Delyon dismissing this lawsuit with prejudice.

_____
Theresa M. Owens, Clerk of Court

FEB 1 1 2008
_____
Date