IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT F. DELYON,

                            Plaintiff,

    v.

WAL-MART STORES, INC.,

                            Defendant.

MEMORANDUM

07-cv-291-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing to show cause was to be held in this case on March 21, 2008. Plaintiff's counsel, Michael Roe advised the court that plaintiff had paid defendant for its attorney fees in the amount of $2,682.00 prior to the hearing. Defendant's counsel, Susan Zoeller, confirmed that the fees had been paid and that no further court action was necessary.

      Entered this 27th day of March, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge

1